| Person Reporting (last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| YOHN, JR., WILLIAM H. | U.S. District Court for Eastern District of Pennsylvania | June 13, 1991 |
| Title<br><br>Judge | Date of Entry:Nomination/Termination<br>(only if initial or final report)<br>June 13, 1991 | Reporting Period<br>(Calendar year, or<br>inclusive dates) |
| Home or office address<br><br>Crestwood Drive<br>Pottstown, PA 19464 | | January 1, 1990<br>to<br>June 10, 1991 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only, see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Judge | Montgomery County Court of Common Pleas |
|---|---|
| Chairman, Board of Directors | Pottstown Memorial Medical Center and |
| | Pottstown Healthcare, Inc. (non-profit community hospital) |

## II. AGREEMENTS. (Reporting individual only, see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | Commonwealth of PA, Administrative Office of PA Courts | $ 113,000 |
| | | ($80,000/yr.) |
| | | $ |
| | David A. Swinehart, Inc. - payment of legal fees earned | $ 2,502 |
| | prior to becoming a judge. | |
| | | $ |
| | | $ |

YOHN, JR., WILLIAM H.                    June 13, 1991

## IV. REIMBURSEMENTS and GiFTS—transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children: see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursement or gifts) | |
| Administrative Office of PA Courts | Reimbursement for payment of expenses for attending |
| | conferences of the Pennsylvania Conference of |
| | State Trial Judges. |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| | | |
| | | |
| | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

YOHN, JR., WILLIAM H.          June 13, 1991

Digitized by Google

VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individuals and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g. div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g. sold) | Date Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ¹ Continental Bank Pottstown, PA-checking acct. | B | Int. | K | T | | | | | |
| ² Vanguard Money Market Prime Valley Forge, PA-mutual fund | B | Int. | K | T | | | | | |
| ³ Vanguard Money Market Prime(DC) Valley Forge, PA-mutual fund | C | Int. | K | T | | | | | |
| ⁴ Mutual Shares (DC) Worcester, MA-mutual fund | B | Div. | L | T | | | | | |
| ⁵ Nicholas Fund (DC) Milwaukee, WI- mutual fund | B | Div. | L | T | | | | | |
| ⁶ Nicholas II Fund (DC) Milwaukee, WI-mutual fund | B | Div. | L | T | | | | | |
| ⁷ Partic.Income Prop.1986,L.P. Phoenix, AZ - ltd. part. | C | Partner Dist. | L | U | | | | | |
| ⁸ Houston Biotech Partners,L.P. The Woodlands,TX- ltd. part. | B | Int. | L | U | | | | | |
| ⁹ Vanguard GNMA (IRA) Valley Forge, PA-mutual fund | B | Int. | L | T | | | | | |
| ¹⁰ Vanguard Money Merk.Prime(IRA) Valley Forge, PA-mutual fund | B | Int. | K | T | | | | | |
| ¹¹ Vang.High Yield Bond Fund(IRA) Valley Forge, PA-mutual fund | C | Int. | L | T | | | | | |
| ¹² Vanguard Windsor Fund (IRA) Valley Forge, PA-mutual fund | C | Div. | M | T | | | | | |
| ¹³ Virginia Beach S & L (DC) Virginia Beach, VA - C.D. | D | Int. | M | T | | | | | |
| ¹⁴ Virginia Beach S & L (DC) Virginia Beach, VA - C.D. | C | Int. | | | Closed | 8/20/90 | | | |
| ¹⁵ Far Western Bank (DC) Tustin, CA - Cert. of Dep. | C | Int. | | | Closed | 12/14/90 | | | |
| ¹⁶ | | | | | | | | | |
| ¹⁷ | | | | | | | | | |
| ¹⁸ | | | | | | | | | |
| ¹⁹ | | | | | | | | | |
| ²⁰ | | | | | | | | | |

¹ Income/Gain Codes: A=exempt ($0 to $100) B=$101 to $1,000 C=$1,001 to $2,500 D=$2,501 to $5,000  E=$5,001 to $15,000 F=$15,001 to $50,000 G=$50,001 to $100,000 H=over $100,000
² Value Codes: J=exempt ($0 to $1,000) K=$1,001 to $5,000 L=$5,001 to $25,000 M=$15,001 to $50,000  N=$50,001 to $100,000 O=$100,001 to $250,000 P=over $250,000
³ Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessed value T=Cash/market  U=Book value V=Other W=Estimated

YOHN, JR., WILLIAM H.     June 13, 1991

Digitized by Google

## . ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported
in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _William H. Yohn_                              Date _June 13, 1991_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. 1, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:        Judicial Ethics Committee
                                                           Administrative Office of the
                                                           United States Courts
                                                           Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

YOHN, JR., WILLIAM H.              June 13, 1991

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

Three

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 9 | 684 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 21 | 481 | 00 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | 21 | 128 | 00 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 10 | 290 | 00 |
| Real estate owned—add schedule | 200 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 60 | 000 | 00 | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| IRA & Deferred Comp. | 42 | 542 | 00 | | | | |
| Certificates of Deposit | 29 | 052 | 00 | | | | |
| State Employees Retirement Fund – Accumulated Contributions and Interest | 91 | 490 | 00 | Total liabilities | 10 | 290 | 00 |
| | | | | Net worth | 465 | 087 | 00 |
| Total assets | 47₅ | . 7 | 00 | Total liabilities and net worth | 475 | 377 | 00 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) No | | | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? No | | | |
| Legal Claims | None | | | | | | |
| Provision for Federal Income Tax | None | | | Have you ever taken bankruptcy? No | | | |
| Other special debt | None | | | | | | |

Digitized by Google